**HONORABLE ROBERT J. BRYAN**

**JERRY MOBERG & ASSOCIATES
451 DIAMOND DRIVE
EPHRATA, WA 98823**

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| JUAN BARELA, FALSELY ARRESTED AND COVER-CITED AND LYNN BARELA, JOINED AS PARTY OF INTEREST WITH HARMS;<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF WOODLAND (MAYOR) FOR MUNICIPAL LIABILITY, COLLECTIVELY, WOODLAND POLICE CHIEF, IN OFFICIAL CAPACITY, COLLECTIVELY FOR SUPERVISORY NEGLIGENCE, OFFICER JEANNE C CANEPA, IN OFFICIAL AND INDIVIDUAL CAPACITY FOR FALSE ARREST, PROSECUTOR SUSAN I BAUER, IN OFFICIAL AND INDIVIDUAL CAPACITY FOR OBSTRUCTION OF | NO. C06 5431 RJB<br><br>NOTICE OF APPEARANCE OF COUNSEL |

\\legal-main\LawData\WPWIN\Woodland\Barela v. City of Woodland (CIAW)\Pleadings\40961.doc

NOTICE OF APPEARANCE -- 1

**JERRY MOBERG & ASSOCIATES**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA 98823
(509) 754-2027 / Fax (509) 754-4202

| | |
|---|---|
| JUSTICE, PROSECUTOR THOMAS LADOUCEUR, IN OFFICIAL AND INDIVIDUAL CAPACITY FOR OBSTRUCTION OF JUSTICE, ATTORNEY ANNE M. CRUSER, IN OFFICIAL AND INDIVIDUAL CAPACITY NEGLECT TO DUTY INDIVIDUALLY AND COLLECTIVELY; | |
| Defendant(s). | |

TO:  U.S. District Court Western District
     Clerk of the Court
     1717 Pacific Avenue, Room 3100
     Tacoma, WA  98402

AND TO:  JUAN & LYNN BARELA
         1087 LEWIS RIVER ROAD, NO 214
         WOODLAND, WA  98674

## NOTICE OF APPEARANCE

YOU WILL PLEASE TAKE NOTICE that the following named DEFENDANTS, CITY OF WOODLAND (MAYOR), WOODLAND POLICE CHIEF, and OFFICER JEANNE C. CANEPA, hereby appear(s) in the above cause and request that all further pleadings and papers herein (except process) be served upon the JERRY MOBERG & ASSOCIATES Legal Department, at the address below stated:

\\legal-main\LawData\WPWIN\Woodland\Barela v. City of Woodland (CIAW)\Pleadings\40961.doc

NOTICE OF APPEARANCE -- 2

**JERRY MOBERG & ASSOCIATES**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2027 / Fax (509) 754-4202

**LEGAL DEPARTMENT
451 DIAMOND DRIVE
EPHRATA, WA 98823
PH. (509) 754-2027 / FAX (509) 754-4202**

YOU ARE FURTHER ADVISED that the undersigned attorney is an employee of Canfield & Associates.  Canfield & Associates is the third party administrator for a public entity joint insurance pool that provides risk management and claims administration for one or all of the above-named defendants.

DATED August 17, 2006

/s/ Jerry J. Moberg
JERRY J. MOBERG, WSBA# 5282
Attorney for CITY OF WOODLAND

\\legal-main\LawData\WPWIN\Woodland\Barela v. City of Woodland (CIAW)\Pleadings\40961.doc

NOTICE OF APPEARANCE -- 3

**JERRY MOBERG & ASSOCIATES**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2027 / Fax (509) 754-4202

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    JUAN & LYNN BARELA
    1087 LEWIS RIVER ROAD, NO 214
    WOODLAND, WA  98674

DATED August 17, 2006.

                      /s/ Jerry J. Moberg
                      JERRY J. MOBERG

\\legal-main\LawData\WPWIN\Woodland\Barela v. City of Woodland (CIAW)\Pleadings\40961.doc

NOTICE OF APPEARANCE -- 4

**JERRY MOBERG & ASSOCIATES**
**Attorneys At Law**
451 Diamond Drive
Ephrata, WA  98823
(509) 754-2027 / Fax (509) 754-4202