**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

JUAN BARELA, et al.,

                Plaintiffs,

v.

CITY OF WOODLAND, et al.,

                Defendants.

**Case No.** C06-5431 JKA

**ORDER STRIKING MOTION TO COMPEL AS MOOT**

This matter comes before the Court on plaintiffs' Motion to Compel Answers to Second Requests for Production and Answers to First Request for Interrogatories and Imposing Sanctions (Doc# 41). The court has considered all materials submitted in support of and in response to said motion.

On June 5 this court entered an Interim Order regarding this motion. Concurrent with the filing of this order rthe court has granted defendants' motions for summary judgment. The Motion to Compel Second Requests for Production and Answers to First Request for Interrogatories and Imposing Sanctions is therefore moot. **The Clerk is directed to strike the Motion filed under Doc#41 as moot.**

Dated this 11th day of June 2007.

/s/ J. Kelley Arnold
**U.S. Magistrate Judge**

ORDER
Page - 1