# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUAN BARELA, et al.,<br>                Plaintiffs,<br>v.<br>CITY OF WOODLAND, et al.,<br>                Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: C06-5431KA |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✓ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**The court GRANTED Defendants City of Woodland, Officer Jeanne C Canepa, Prosecutor Thomas Ladouceur and Attorney Anne M Cruser's Motion for Summary Judgment on June 11, 2007.**

September 25, 2007  
Date

BRUCE RIFKIN  
District Court Executive

s/Kelly A Miller  
By Kelly A Miller, Deputy Clerk