# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUAN BARELA, et al.,<br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CITY OF WOODLAND, et al.,<br>　　　　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: C06-5431JKA |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✓ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**Court GRANTED Defendant Susan I Bauer's Motion for Summary Judgment on June 11, 2007. (Document #49.)**

September 26, 2007　　　　　　　　　　BRUCE RIFKIN
Date　　　　　　　　　　　　　　　　　District Court Executive


　　　　　　　　　　　　　　　　　　　s/Kelly A Miller
　　　　　　　　　　　　　　　　　　　By Kelly A Miller, Deputy Clerk